G. Morse, for appellants. P. Armitage, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

RIESTERER, Respondent, v. SCHNELL, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 7, 1908.) Action by Lida Riesterer against Edward J. Schnell. No opinion. Judgment and order affirmed, with costs.

RIMOLDI v. HUDSON GUILD. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by Pauline Rimoldi against the Hudson Guild. No opinion. Application granted. Order signed. See, also, 59 Misc. Rep. 480, 110 N. Y. Supp. 881.

RITTER, Respondent, v. GRAND LODGE, UNITED WORKMEN, Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Amelia Ritter against the Grand Lodge, United Workmen. H. F. Lippold, for appellant. W. Brunner, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re ROGERS. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) In the matter of the application of John J. A. Rogers for a writ of mandamus against Hon. John J. Walsh, as a justice of the Municipal Court of the city of New York, borough of Brooklyn, and John W. Carpenter, as clerk of the Third District Municipal Court of the city of New York in the borough of Brooklyn. No opinion. Motion denied.

RONERO, Respondent, v. BROOKLYN RAPID TRANSIT CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 22, 1908.) Action by Joseph Ronero against the Brooklyn Rapid Transit Company and another. No opinion. Order affirmed, with $10 costs and disbursements.

ROSE v. KESHIN, BLITSTEIN & CO. (Supreme Court, Appellate Division, Second Department. October 22, 1908.) Action by John J. Rose against Keshin, Blitstein & Co. No opinion. Exceptions overruled, and judgment directed for defendants, with costs.

ROSEN, Respondent, v. COHEN et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by Jake Rosen against Louis Cohen and another. No opinion. Motion to dismiss appeal granted, with $10 costs.

ROSENDALE, Appellant, v. OCEAN ACCIDENT & GUARANTEE CORPORATION, Limited, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 11, 1908.) Action by Jacob W. Rosendale against the Ocean Accident & Guarantee Corporation, Limited. No opinion. Judgment affirmed, with costs.

ROSENBERG, Appellant, v. CHAIMOWITZ, Respondent. (Supreme Court, Appellate Division, Second Department. October 9, 1908.)

Action by Jacob Rosenberg against Harry Chaimowitz. No opinion. Motion denied.

ROURKE, Respondent, v. RUTZ et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by Lillian. V. Rourke against Peter J. Rutz and another. No opinion. Judgment affirmed, with costs.

RUTHERFORD REALTY CO. v. COOK. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by the Rutherford Realty Company against Willet F. Cook. No opinion. Motion granted, with $10 costs. Order filed.

SAND v. WHITE et al. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by Frances H. Sand against Stephen V. White and another. No opinion. Motion dismissed, with $10 costs. Settle order on notice.

SANFORD, Respondent, v. RHOADS et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by Henry G. Sanford, as administrator, etc., of Robert Sanford, deceased, against Benjamin T. Rhoads, Jr., and others. No opinion. Motion denied.

SCHAUD, Respondent, v. RENNER, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 17, 1908.) Action by Emilie Schaud against William Scott Renner. No opinion. Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over upon payment of the costs of the demurrer and of this appeal.

SCHEY v. SCHEY. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Action by Martha W. Schey against Bertha Schey. No opinion, motion granted, and questions certified. Order filed.

SCHLEGEL et al., Appellants, v. ROMAN CATHOLIC CHURCH OF MOST HOLY TRINITY, IN MONTROSE AVE., BROOKLYN, et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by Joseph Schlegel and others against the Roman Catholic Church of the Most Holy Trinity, in Montrose Avenue, Brooklyn, and others. No opinion. Motion granted. Settle question before Mr. Justice Miller. See, also, 124 App. Div. 502, 108 N. Y. Supp. 955.

SCHMEIDLER v. COWAN et al. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Action by Bernhard Schmeidler against Chas. A. Cowan, impleaded with the city of New York. No opinion. Motion to dismiss appeal granted, so far as concerns the city of New York. Settle order on notice.

In re SCHOOL SITE. In re TUTTLE. (Supreme Court, Appellate Division, First Department. October 16, 1908.) In the matter

of school site, and in the matter of W. Fay Tuttle. No opinions. Reference ordered. Settle order on notice.

° SCHUFF et al., Respondents, v. RENNER et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 22, 1908.) Action by Samuel Schuff and others against Isidor Renner and another. No opinion. Motion withdrawn by stipulation.

SCHUMAN, Respondent, v. SLEIGHT et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 11, 1908.) Action by Caroline Schuman against Peter R. Sleight and another, as executors, etc. No opinion. Motion for reargument denied, with $10 costs.

SCHUMANN, Respondent, v. SLEIGHT et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. September 30, 1908.) Action by Caroline Schumann against Peter R. Sleight and another.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellants to abide event, on the ground that the verdict of the jury is contrary to and against the weight of the evidence.

WILLIAMS, J., dissents.

SCHWARTZ, Appellant, v. KOPPELMAN, Respondent. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by Solomon S. Schwartz against Morris Koppelman. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re SCHWARTZKOPF. (Supreme Court, Appellate Division, First Department. October 30, 1908.) In the matter of John Schwartzkopf. No opinion. Reference ordered. Settle order on notice.

SCHWARTZSCHILD & SULZBACHER v. EMPIRE STATE SURETY CO. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by Schwartzschild & Sulzbacher against the Empire State Surety Company. No opinion. Motion denied. Order filed.

SCUTT, Respondent, v. FIGGE, Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by Frank W. Scutt against Martha Figge. No opinion. Judgment of the Municipal Court affirmed, with costs.

SELUCCI, Respondent, v. DUFFY, Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Domonico Selucci against James J. Duffy. J. R. Celand, for appellant. T. J. O'Neill, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

McLAUGHLIN, J., dissents, on the authority of Cullen v. Norton, 126 N. Y. 1, 26 N. E. 905.

SHEEDEE v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. October 13, 1908.) Action by Kate Sheedee against the city of New York. No opinion. Motion granted, with $10 costs. Order filed.

SHELDON, Appellant, v. SHELDON et al., Respondents. (Supreme Court, Appellate Division, Third Department. October 2, 1908.) Action by Leonard Sheldon, Jr., against Benjamin Sheldon and Stephen F. Avery, as executors, etc., of Leonard Sheldon, deceased.

PER CURIAM. Judgment unanimously affirmed, with costs.

COCHRANE, J., not sitting.

SHELLEY, Appellant, v. WESTCHESTER LIGHTING CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by Annie Shelley against the Westchester Lighting Company. No opinion. Interlocutory judgment sustaining demurrer (55 Misc. Rep. 105, 105 N. Y. Supp. 133) reversed, on the authority of Hoch v. Brooklyn Borough Gas Company, 117 App. Div. 882, 103 N. Y. Supp. 370, with leave to the defendant to answer within 20 days upon payment of costs.

SHEPPARD, Appellant, v. REYNOLDS, Respondent. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by Matie E. Sheppard against Alfred Reynolds. No opinion. Appeal dismissed, with costs.

SHOEMAKER, Respondent, v. GENERAL ELECTRIC CO., Appellant. (Supreme Court, Appellate Division, Third Department. October 2, 1908.) Action by Andrew Shoemaker against the General Electric Company. No opinion. Order affirmed, with $10 costs and disbursements.

SILLECK, Respondent, v. SILLECK, Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by Addie W. Silleck against James W. Silleck. No opinion. Judgment modified, by reducing the alimony to $50 a month, and, as thus modified, affirmed, without costs.

SIRKES, Respondent, v. McCORMACK, Appellant. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by Morris Sirkes against William McCormack. No opinion. Judgment and order unanimously affirmed, with costs.

SKOWRONSKI, Respondent, v. LEVERGOOD et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 7, 1908.) Action by Paul Skowronski against Charles H. Levergood and another.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellants to abide event, unless the plaintiff, within 20 days, stipulates to reduce the verdict to the sum of $100 as of the date of the rendition thereof, in which event the judgment is